

**IN THE
TENTH COURT OF APPEALS**

No. 10-18-00159-CR

**ANDREW LEE JONES, JR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 16-04190-CRF-85**

**REINSTATEMENT ORDER**

This appeal was abated to the trial court to hold a hearing regarding correcting

inaccuracies, if any, in the reporter's record. *See* TEX. R. APP. P. 34.6(e)(2). After a hearing,

the reporter's record was corrected and, as corrected, was filed with this Court on

December 3, 2018. An exhibit, however, has not been filed. The exhibit, offered both as

Motion to Suppress Exhibit 2[1] and as State's Exhibit 4, an in-car video, could not be

---

[1] The parties at the abatement hearing and at the motion to suppress hearing refer to this Exhibit as Motion to Suppress Exhibit 2. However, it is labeled in the Exhibit volume as Motion to Suppress Exhibit 1. Whatever the label, the Court lacks the in-car video that was introduced.

converted by the reporter to be electronically filed with this Court.

Accordingly, this appeal is reinstated, and the reporter is ORDERED to provide the Court with a DVD containing a copy of the video admitted into evidence as Motion to Suppress Exhibit 2[2] and as State's Exhibit 4 within 14 days from the date of this Order. The copy must be in a format that will allow the Court to view the video using industry standard video software rather than any type of proprietary software. Further, the Reporter is ORDERED to correct the Exhibit volume of the reporter's record to reflect the correct number assigned to the in-car video exhibit which was introduced during the hearing on the defendant's motion to suppress and file the corrected Exhibit volume within 14 days from the date of this Order. Upon receipt, the DVD and the corrected Exhibit volume will be filed as a part of the record in this appeal.

The State's brief is due 30 days from the date the DVD and corrected Exhibit volume are filed by the Court.[3]

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed January 2, 2019

---

[2] Or Motion to Suppress Exhibit 1, whichever is the in-car video.

[3] Should one be filed on a date after the other is filed, the State's brief is due 30 days from the later date.